# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN MOSES : | |
| a/k/a SHAWN MOSS, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 22-CV-3027 |
| : | |
| PATRICK GECKLE, ESQ., : | |
|     Defendant. : | |

## ORDER

AND NOW, this 8th day of November, 2022, upon consideration of Shawn Moses's Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, the Amended Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** as follows:

    a. Moses's federal law claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

    b. Moses's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. Moses is not granted leave to file a second amended complaint in this matter.

3. The Clerk of Court shall **CLOSE** this case.

                              **BY THE COURT:**

                              /s/ Gerald Austin McHugh
                              _____
                              **GERALD A. MCHUGH, J.**